IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.            **CASE NO. 3:23-CR-00069-BSM**

**JEREN MILLS**                                               **DEFENDANT**

## ORDER

Jeren Mills's motions to suppress and dismiss the indictment [Doc. Nos. 55 and 67] are denied because the search warrants issued were not deficient or fraudulent. *See United States v. Patrick*, 94 F. App'x 409, 410 (8th Cir. 2004) (affidavit did not discuss confidential informants reliability but denial of suppression was still affirmed when confidential informant has made two prior purchases one of which was at the premise to the searched).

Mills's other claims regarding the failure of the state court to provide him with a verified criminal complaint, registration as foreign agents, non-existence of the United States and the State of Arkansas, unlawful pretrial release order, and lack of jurisdiction are denied. *See United States v. Jagim*, 978 F.2d 1032, 1036 (8th Cir. 1992) (rejecting "patently frivolous" arguments without expending resources); *United States v. Koch*, 625 F.3d 470, 476 (8th Cir. 2010) (legality of search is determined by federal law); *United States v. Harcevic*, 999 F.3d 1172 (8th Cir. 2021) (federal district courts have jurisdiction over all offenses against the laws of the United States).

IT IS SO ORDERED this 5th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE